FILED - SOUTHERN DIVISION
CLERK, U.S DISTRICT COURT

JUN 2 2 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. ARMANDO FABIAN HERMOSILLO DEFENDANT(S). | CASE NUMBER SA 12-297M-3 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of _defense counsel_, IT IS ORDERED that a detention hearing is set for _Tuesday, June 26_, _2012_, at _2:00_ ☐ a.m. / ☒ p.m. before the Honorable _Jean P. Rosenbluth_, in Courtroom _6A_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: _6/22/12_

_/s/ Jean Rosenbluth_
U.S. ~~District Judge~~/Magistrate Judge

**JEAN P. ROSENBLUTH**